UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIDGET KING,

    Plaintiff,

-vs-                                          CASE NO.: 6:15-CV-00268-CEM-KRS

WYNDHAM VACATION RESORTS,
INC.

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, BRIDGET KING, and the Defendant, WYNDHAM VACATION RESORTS, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 27th day of October, 2015.

*/s/ Amanda J. Allen*                            */s/ David E. Cannella*
AMANDA J. ALLEN, ESQUIRE             DAVID E. CANNELLA, ESQUIRE
FL Bar No.: 0098228                             Florida Bar No.: 983837
MORGAN & MORGAN, P.A.                 CARLTON FIELDS JORDEN BURT, P.A.
One Tampa City Center                       450 S. Orange Ave., Suite 500
Tampa, FL 33602                                   Orlando, FL 32801
Tele: (813) 223-5505                          Telephone: (407) 244-8235
Fax: (813) 223-5402                            Facsimile: (407) 648-9099
Email: AAllen@ForThePeople.com       Primary Email: dcannella@cfjblaw.com
Primary: lcrouch@forthepeople.com       Secondary: atokarz@cfjblaw.com
*Attorney for Plaintiff*                            *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2015, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail, to:

**DAVID E. CANNELLA, ESQUIRE**
Florida Bar No.: 983837
CARLTON FIELDS JORDEN BURT, P.A.
450 S. Orange Ave.
Suite 500
Orlando, FL 32801
Telephone: (407) 244-8235
Facsimile: (407) 648-9099
Primary Email: dcannella@cfjblaw.com
Secondary: atokarz@cfjblaw.com
*Attorney for Defendant*

                                                         */s/ Amanda J. Allen*
                                                         AMANDA J. ALLEN, ESQUIRE
                                                         Florida Bar No. 0098228