UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRIDGET KING,**

      **Plaintiff,**

v.                                                 **Case No: 6:15-cv-268-Orl-41KRS**

**WYNDHAM VACATION RESORTS, INC.,**

      **Defendant.**

                                  **ORDER**

      THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

      **DONE** and **ORDERED** in Orlando, Florida on October 29, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record